UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOTIENT TECHNOLOGY INC., <br> Plaintiff, <br> v. <br> MARIA BEGLEY, et al., <br> Defendants. | Case No. 16-cv-05954-NC <br><br> **ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 27 |

The Court held a case management conference today in this case. The Begleys did not appear. The Court attempted to reach the Begleys by telephone before and during the CMC and was not able to reach them. The Court therefore continues the CMC to May 10, 2017, at 1:00 p.m. This is the same date as the hearing on the Begleys' motion to dismiss. An updated CMC statement must be filed by May 3. The Court awaits the Begleys' decision as to whether they consent or decline the jurisdiction of a magistrate judge. The Court cannot rule on their motion to dismiss until they make this decision. Finally, the Begleys are cautioned that they must comply with all Court orders and appear at all hearings in the case. The Court commonly permits telephonic hearings, but these must be confirmed in advance.

**IT IS SO ORDERED.**

Dated: April 26, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOTIENT TECHNOLOGY INC., <br> Plaintiff, <br> v. <br> MARIA BEGLEY, et al., <br> Defendants. | Case No. 16-cv-05954-NC <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Begley
Robert Begley
827 Cravens Ave.
San Antonio, TX 78223


Dated: April 26, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS