UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOTIENT TECHNOLOGY INC., <br> Plaintiff, <br> v. <br> MARIA BEGLEY, et al., <br> Defendants. | Case No. 16-cv-05954-NC <br><br> **ORDER TO SHOW CAUSE AND SCHEDULING FURTHER CASE MANAGEMENT** |

Defendants Maria Begley and Robert Begley failed to appear at the case management conference and hearing on defendants' motion to dismiss held today, May 10, 2017. The Court attempted to reach the Begleys by phone during the hearing but was unable to do so.

By this order, a further case management conference is scheduled for May 31, 2017 at 1:00 p.m. in Courtroom 7, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. The parties may participate via telephone. Defendants must submit a case management statement no later than May 24, 2017, advising plaintiff and the Court of their intent to defend this case and providing a phone number at which they can be reached during the case management conference.

The Court reminds defendants of the Federal Pro Se Program, which provides free resources for pro se litigants, and may be accessed from Monday to Thursday 1:00 p.m. - 4:00 p.m. (Pacific Time), in person at Room 2070, 2nd Floor, 280 S. First Street, San Jose, California, or by phone at (408) 297-1480.

If defendants fail to submit a case management statement or fail to appear for the case management conference, as required by this order, the Court may enter default judgment in favor

of plaintiff. This is a second warning to the Begleys, as they also failed to appear on April 26, 2017.

**IT IS SO ORDERED.**

Dated: May 10, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-05954-NC